IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT EARL JOHNSON                                                                    PLAINTIFF

V.                                              NO.  4:08cv00514 JMM

DAVID TURNER, et al                                                                 DEFENDANTS

## ORDER

After a thorough review of Plaintiff's case file, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.  28 U.S.C. § 1406(a).[1]  Venue would be proper in the Western District as Plaintiff and all of the Defendants are located there and the events complained of allegedly occurred there.[2]

The Clerk of the Court is directed to TRANSFER immediately PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Hot Springs Division.

IT IS SO ORDERED this 18th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  Id.

[2] Plaintiff alleges an Eighth Amendment deliberate medical indifference claim in connection with his known kidney problems.